**COMMONWEALTH of Kentucky ex rel. Ed W. HANCOCK, Attorney General, Lexington-Fayette Urban County Government, and Public Service Commission of Kentucky, Appellants,**

v.

**KENTUCKY UTILITIES COMPANY, Appellee.**

No. CA–1082–I.

Court of Appeals of Kentucky.

May 24, 1977.

Motion to Reconsider Denied Aug. 4, 1977.

Discretionary Review Granted Nov. 14, 1977.

ORDER

(1) DENYING MOTION FOR ORAL ARGUMENT

(2) GRANTING MOTION TO DISMISS THE APPEAL

Before HOGGE, WHITE and LESTER, JJ.

The Court, having considered the motion for oral argument, and the response thereto, and being otherwise sufficiently advised, said motion is hereby DENIED.

The Court, having further considered the motion to dismiss the appeal, and the re-

sponse thereto, and being of the opinion that the Franklin Circuit Court's order of March 25, 1977 is not a final and appealable order, said motion is hereby GRANTED.

ORDER

(1) GRANTING MOTION TO FILE ADDITIONAL AUTHORITIES

(2) DENYING MOTION TO RECONSIDER

Before HAYES, HOWARD, and WILHOIT, JJ.

The Court, having considered the motion to file additional authorities, and the response thereto, and being otherwise sufficiently advised, said motion is hereby GRANTED.

The Court, having further considered the motion to reconsider this Court's May 24, 1977 order of dismissal, and the memorandum of additional authorities, and the response thereto, and being otherwise sufficiently advised, the motion to reconsider is hereby DENIED.